

Tuesday, May 17, 2011

No. 11–0105/AF.  U.S. v. William T. Haley.  CCA 37565.  Upon further consideration of the granted issue (69 M.J. 473) in light of *United States v. Beaty*, 70 M.J. 39 (C.A.A.F. 2011), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is affirmed as to findings, but reversed as to sentence, and that the record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals to reassess the sentence or to order a rehearing on sentence, as appropriate.  Thereafter, Article 67, UCMJ, 10 U.S.C. § 867 (2006) shall apply.

No. 10–0178/AF.  U.S. v. William J. St. Blanc, Jr.  CCA 37206.  Upon further consideration of the granted issue (69 M.J. 247) in light of *United States v. Beaty*, 70 M.J. 39 (C.A.A.F. 2011), it is ordered that Appellant and Appellee file additional briefs addressing the effect of *Beaty* and the lack of objection at trial to the maximum permissible punishment announced by the military judge.  Appellant's brief shall be filed within 30 days of the date of this order.  Appellee's brief shall be filed within 30 days of the filing of Appellant's brief.  Appellant may file a reply within 10 days of the filing of Appellee's brief.

No. 11–8024/NA.  U.S. v. John R. Davenport.  CCA 201000067.  Appellant's motion for leave to file a substitute pleading granted.